# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/20/17

ITOFFEE R. GAYLE

Write the full name of each plaintiff or petitioner.

Case No. 1:17 CV 05867-JMF

-against-

HOME BOX OFFICE, Inc (HBO)

RACHEL STROM / ADAM LAZIER / STEVE SAPIENZA

Write the full name of each defendant or respondent.

OPPOSITION OF DEFENDANT'S
~~NOTICE OF~~ MOTION TO DISMISS

PLEASE TAKE NOTICE that PLAINTIFF     ITOFFEE R. GAYLE

plaintiff or defendant     name of party who is making the motion

requests that the Court:

OPPOSE THE MOTION TO DISMISS MY CASE AGAINST
THE DEFENDANT, HOME BOX OFFICE, INC.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

2017 SEP 20  PM 12: 18   RECEIVED S.D.N.Y. PRO SE OFFICE SDNY

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: ATTACHED TO MY OWN DECLARATION

09/20/17
Dated

Signature

ITOFFEE R. GAYLE
Name

Prison Identification # (if incarcerated)

2010 POWELL AVE     BRONX     NEW YORK     10472
Address               City       State        Zip Code

917  952  5661
Telephone Number (if available)

ITOFFEEGAYLE @YAHOO.COM
E-mail Address (if available)